IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK R. ROMZEK,

    Plaintiff,

v.

                          Case No. 23-cv-27-amb

BALDWIN AREA MEDICAL CENTER, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant against plaintiff dismissing this case.

/s/ Deputy Clerk                                             9/17/2024

Joel Turner, Clerk of Court                           Date